# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LIN D. STOWELL, | ) | CASE NO. 8:08CV26 |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| PAYPAL (eBay, Inc.), | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On April 4, 2008, the court entered an order dismissing claims and directing Plaintiff to file an amended complaint no later than May 5, 2008. (Filing No. 7.) The court warned Plaintiff that failure to file an amended complaint by that deadline would result in the dismissal of this matter without further notice. (*Id.* at CM/ECF p. 4.) Plaintiff has not filed an amended complaint or any other response to the court's order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to state a claim upon which relief may be granted. The Clerk of the court shall place the "28USC1915(g)_STR" flag on this matter; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

Dated this 17th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge