IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LIN D. STOWELL,** | ) | **8:08CV26** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **PAYPAL (eBay, Inc.),** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the previous Memorandum and Order entered this date, this case is dismissed without prejudice.

Dated this 17th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge